AO 91 (REV.5/85) Criminal Complaint     AUSA CARRIE E HAMILTON 312-353-4558

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

UNITED STATES OF AMERICA

V.

Zhou Rong Dong

**FILED**
JUN 2 2 2001
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**CRIMINAL COMPLAINT**

MAGISTRATE JUDGE NOLAN
CASE NUMBER:
**01CR578**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about June 21, 2001, in Cook county, in the Northern District of Illinois, defendant,

(Track Statutory Language of Offense)
forcibly assaulted, resisted, opposed, impeded, intimidated or interfered with an employee of the United States Immigration and Naturalization Service while that employee was engaged in or on account of the performance of his official duties;

in violation of Title 18 United States Code, Section 111(a)(1)

I further state that I am a(n) INS Agent and that this complaint is based on the
                              Official Title
following facts:

See Attached Affidavit.

Continued on the attached sheet and made a part hereof:  X Yes  ___ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

JUN 2 2 2001                               at   Chicago, Illinois
Date                                            City and State

Hon. Nan R. Nolan, U.S. Magistrate Judge        Nan R. Nolan
Name & Title of Judicial Officer                Signature of Judicial Officer

## AFFIDAVIT

STATE OF ILLINOIS)
                      ) SS
COUNTY OF COOK    )

I, STEVE R. FISCHER, being duly sworn under oath, depose and state as follows:

1. I am a Special Agent with the United States Immigration and Naturalization Service (INS) and have been so employed for approximately four (4) years. Affiant is a member of an investigative unit, which specializes in the apprehension of gang members and criminal aliens.

2. The following statements are based on my personal knowledge, conversations with other law enforcement officers and on my review of INS records.

3. Zhou Rong DONG (hereinafter "Zhou Dong"), is a native and citizen of China and has no claim to United States citizenship or lawful residence in the United States.

4. Zhou Dong arrived at Chicago O'Hare airport on November 26, 1999, On United Airlines Flight 882. Subject was found attempting to destroy the passport, which enabled the subject to board the United Airlines flight. The passport, which the subject had in his possession, was from Singapore. When questioned about his purpose for entering the United States, the subject stated that he wanted to request political asylum.

11-20-1999

5. Zhou Dong then obtained an Immigration attorney and made a claim for political asylum. On May 10, 2000, Immigration Judge James R. Fujimoto denied the subject's claim to political asylum. At the time of denial, the subject reserved the right to appeal this decision.

6. On October 19, 2000, the Board of Immigration appeals upheld the decision of the Immigration Judge and dismissed the asylum application.

7. On June 21, 2001, Detention Enforcement Officers Craig Croninger, and Diona Ellis from the United States Immigration and Naturalization Service were detailed to escort Zhou Rong to O'Hare International Airport.

8. Prior to leaving the Broadview Detention Facility for the airport, Zhou Dong had to be physically restrained in order to be fingerprinted out for his removal. The subject was cuffed behind his back and seatbelted into the vehicle for the ride to the airport once the fingerprinting was complete.

9. Upon arrival at the airport tarmac, Officers Ellis and Croninger then proceeded to remove the seat belt from Zhou Dong. Mr. Dong then proceeded to vigorously and physically resist any attempted to remove him from the vehicle. Mr. Dong proceeded to struggle with the officers by violently kicking his feet at the officers. Several blows contacted Officer Ellis' arms and chest when she attempted to restrain Dong's legs to remove him from the

FURTHER AFFIANT SAYETH NOT.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　STEVE R. FISCHER
　　　　　　　　　　　　　　　　　　　　　　　　Special Agent, INS

SUBSCRIBED and SWORN TO before
Me this 22nd day of June, 2001.

_____
NAN R. NOLAN
United States Magistrate Judge